UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAREK HOLODY, on behalf of himself and all
others similarly situated,

                    Plaintiff,

                                                              **ORDER**

          v.
                                                              24-cv-01091 (ER)

CATTRO CONSULTING GROUP CORP.,
PCGNY CORP., PCGNY II CORP., DARIUSZ
CIACH, and ANNA TERPILOWSKI,

                    Defendants.


RAMOS, D.J.

          On February 14, 2024, Marek Holody filed a complaint against Cattro Consulting Corp.,

PCGNY Corp., PCGNY II Corp., Dariusz Ciach, and Anna Terpilowski (collectively,

"Defendants").  Doc. 1.  Summons as to each of the Defendants were issued on February 16,

2024, Docs. 13–17, but Plaintiff has not filed an affidavit of service and the Defendants have not

appeared.

          Accordingly, Holody is directed to submit a status report by **April 10, 2026**.  Failure to

comply could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure

4(m).

          It is SO ORDERED.

Dated: April 3, 2026
          New York, New York

                                                    _____
                                                    Edgardo Ramos, U.S.D.J.