UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAREK HOLODY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CATTRO CONSULTING GROUP CORP., PCGNY CORP., PCGNY II CORP., DARIUSZ CIACH, *and* ANNA TERPILOWSKI,

Defendants.

**ORDER**

24-cv-01091 (ER)

RAMOS, D.J.

On February 14, 2024, Marek Holody filed a complaint against Cattro Consulting Corp., PCGNY Corp., PCGNY II Corp., Dariusz Ciach, and Anna Terpilowski (collectively, "Defendants"). Doc. 1. Summons as to each of the Defendants were issued on February 16, 2024, Docs. 13–17, but Holody did not file an affidavit of service and the Defendants did not appear. On April 3, 2026, the Court directed Holody to file a status report by April 10, 2026 and warned that "[f]ailure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 4(m)." Doc. 18. April 10, 2026 has passed six months ago without Holody's response. For the reasons set forth below, the Court dismisses this case for failure to execute service under Federal Rule of Civil Procedure 4(m).

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

Over two and a half years have passed since Holody filed the complaint. Holody has also failed to provide the Court with a status report, even when warned that failure to respond could result in dismissal under Rule 4(m). Doc. 18. Accordingly, the Court dismisses Plaintiff's action without prejudice. The Clerk of Court is respectfully directed to terminate any pending motions and to close the case.

It is SO ORDERED.

Dated: October 19, 2026
New York, New York

Edgardo Ramos, U.S.D.J.